IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 98-cv-00677-RPM-CBS

EDUARDO RIVERO-PROENZA,

     Plaintiff,

v.

HAROLD GRAY,
TIMOTHY LEADER,
KARL PLOESSEL,
RODERICK SCHULTZ, and
DOUGLAS SMITH,

     Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Defendants' Motion to Vacate Scheduling Conference (filed September 8, 2005; *doc. no. 185*) is **GRANTED**. The scheduling conference set for September 15, 2005, is **VACATED**.

**DATED:**     September 9, 2005