IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 98-cv-00677-RPM-CBS

EDUARDO RIVERO-PROENZA,

    Plaintiff,

v.

HAROLD GRAY,
TIMOTHY LEADER,
KARL PLOESSEL,
RODERICK SCHULTZ, and
DOUGLAS SMITH,

    Defendants.

_____

## ORDER OF DISMISSAL
_____

Upon consideration of the Order to Show Cause (Doc. #191) entered on December 21, 2005, by Magistrate Judge Craig B. Shaffer, the Motion to Dismiss for Failure to Prosecute (Doc. #194) filed by Defendants Harold Gray, Timothy Leader and Karl Ploessel on December 21, 2005, and the Motion to Dismiss for Failure to Prosecute (Doc. #198) filed by Defendants Roderick Schultz and Douglas Smith on January 24, 2006, it is

ORDERED that this case is dismissed without prejudice for failure to prosecute.

Dated: March 28th, 2006

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge